## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| **JASON MORGAN VINSON,** | : | |
| | : | |
| **Petitioner,** | : | |
| | : | |
| **VS.** | : | **CIVIL NO. 5:24-CV-63-TES-CHW** |
| | : | |
| **MERRICK GARLAND,** *et al.*, | : | |
| | : | |
| **Respondents.** | : | |
| _____ | : | |

### ORDER

*Pro se* Petitioner Jason Morgan Vinson has filed a document that was docketed as a petition seeking federal habeas corpus relief pursuant to 28 U.S.C. § 2241 (ECF No. 1). Petitioner also filed a motion for leave to proceed *in forma pauperis* in this action (ECF No. 2), but because Petitioner paid the $5.00 filing fee in this case, this motion is **DENIED as moot.** If Petitioner wishes to proceed with this action, he must recast his Petition using the Court's standard § 2241 form and submit it within **FOURTEEN (14) DAYS** of the date shown on this Order. The Clerk is **DIRECTED** to mail Petitioner copies of the appropriate forms for this purpose, marked with the case number of the above-captioned action.

Petitioner shall have **FOURTEEN (14) DAYS** from the date of this Order to recast his Petition on the Court's standard form. Petitioner is also instructed to notify the Court in writing of any change in his mailing address. **Failure to fully and timely comply with**

**this Order may result in the dismissal of Petitioner's application for habeas relief.**

There will be no service of process in this case until further order.

      **SO ORDERED**, this 17th day of April, 2024.


                        s/ Charles H. Weigle
                        Charles H. Weigle
                        United States Magistrate Judge