# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **JASON MORGAN VINSON,** | : | |
| Petitioner, | : | |
| VS. | : | CIVIL NO. 5:24-CV-63-TES-CHW |
| **MERRICK GARLAND,** *et al.*, | : | |
| Respondents. | : | |

## ORDER

*Pro se* Petitioner Jason Morgan Vinson has filed a document that was docketed as a petition seeking federal habeas corpus relief pursuant to 28 U.S.C. § 2241 (ECF No. 1). He also paid the $5.00 filing fee in this action. On April 17, 2024, the Court ordered Petitioner to recast his Petition on the Court's standard habeas corpus form. Petitioner was given fourteen (14) days from the date of that order to comply, and he was warned that the failure to fully and timely comply with the Court's orders and instructions could result in the dismissal of his Petition. *See generally* Order, Apr. 17, 2024, ECF No. 4.

The time for compliance has now passed without a response from Petitioner. The failure to fully and timely comply with an order of the Court is grounds for dismissal. As such, Petitioner is now **ORDERED** to **RESPOND** and **SHOW CAUSE** why his lawsuit should not be dismissed for failure to comply with the Court's previous orders and instructions. Petitioner shall have **FOURTEEN (14) DAYS** from the date of this Order to respond. Petitioner must also comply with the Court's April 17th Order within

**FOURTEEN (14) DAYS** of the date of this Order if he wishes to proceed with his claims. **Failure to fully and timely comply with this Order will likely result in the dismissal of Petitioner's application for failure to comply.** Petitioner is also instructed to notify the Court in writing of any change in his mailing address. There shall be no service of process until further order of the Court.

    **SO ORDERED**, this 31st day of May, 2024.

                                          s/ Charles H. Weigle
                                          Charles H. Weigle
                                          United States Magistrate Judge